### JONES v. HART & BOSWORTH.

1. A judgment against a Garnishee, who has not answered, cannot be sustained when the record does not show, either that the Garnishee was summoned, that judgment *nisi*, was rendered against him, or a *sci. fa.* made known; nor any other proceeding equivalent to a service.

Writ of Error to the Circuit Court of Tallapoosa County.

BUFORD, for the plaintiff in error.
No counsel appeared for the defendant.

GOLDTHWAITE, J.—The proceedings in this case, as they appear in the transcript, returned with the writ of error, are exceedingly defective. The judgment is rendered against a garnishee, and there is neither summons, judgment *nisi, sci. fa.*, or any other matter equivalent to a service, shewn by the record. The judgment is reversed and the cause remanded.